## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donna Varnak,                                    Civil No. 08-3766 (RHK/AJB)

   Plaintiff,                    **DISQUALIFICATION AND
                                                 ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

   Defendants.


  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  July 1, 2008

       s/Richard H. Kyle
       RICHARD H. KYLE
       United States District Judge